# Notice Recipients

District/Off: 1086–7     User: admin     Date Created: 8/6/2025
Case: 25–80715     Form ID: pdf017     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
smg     US Security and Exchange Commission     175 W. Jackson Boulevard     Chicago, IL 60604

TOTAL: 1