Local Form 1009-1(E)(1)12/17

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE: Redbird Realty LLC

Case No. 25-80715
Chapter Ch. 11

Debtor(s)

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

☑ **Original Matrix**  ☐ **Amendment to Matrix**  ☐ **Adding creditors**  ☐ **Deleting creditors**

I the Debtor named in this case, **certify under penalty of perjury** that the master mailing list of creditors submitted on the attached creditor list, is a true, correct and complete listing to the best of my knowledge of all creditors listed on the schedules filed herein.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing is the responsibility of the debtor, (2) the court will rely on the creditor listing for all mailings, and (3) the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

☑ If this filing is the original creditor list, all creditors contained in the schedules are listed. (For verification purposes, a list of the creditors is ATTACHED)

☐ If this filing is an amendment to the creditor list, only the creditors being added or to be deleted are listed. (For verification purposes, a list of the creditors is ATTACHED)

☑ If represented by an attorney, __Joe D. Byars__ Attorney for the debtor HAS uploaded the creditors listed on the ATTACHED list into the court's creditor database for this case and have signed below.

☐ If this filing is an amendment to the creditor list, I certify that a true and correct copy of the Notice of Bankruptcy Case, Meeting of Creditors and Deadlines was mailed to all creditors listed on the attached mailing list for this case on:_____ in compliance with Local Rule 1009-1(E).

__88__ # of Creditors on attached list (if Original Matrix)
_____ # of Creditors added (if Amended Matrix)
_____ # of Creditors to be deleted (if Amended Matrix)

S/ [signed] Manager
Debtor Signature
Address: (if not represented by an attorney)
_____
Phone: (if not represented by an attorney)

S/ _____
Joint Debtor Signature
Address: (if not represented by an attorney)
_____
Phone: (if not represented by an attorney)

Signature of Attorney
S/ Joe D. Byars    OBA No. 33798
Helton Law Firm
9125 S. Toledo Ave., Tulsa, OK 74137
918-928-7104    Joe@heltonlawfirm.com
Name/OBA#/Address/Telephone #/Email

Office of the United States Trustee
P.O. Box 3044
Tulsa, OK 74101

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Central Bank of Arkansas
c/o Geoffrey Treece
Quattlebaum, Grooms & Tull PLLC
4100 Corporate Center Drive Suite 310
Springdale, AR 72762

Foliart, Huff, Ottaway & Bottom
201 Robert S. Kerr
Suite 1200
Oklahoma City, OK 73102

Absolute Heat & Air
2106 East Highway 82
Gainesville, TX 76240

CCK Strategies, PLLC
8811 South Yale Ave, Suite 400
Tulsa, OK 74137

KCSA Strategic Communications
261 Madison Ave., 9th Floor
New York, NY 10016

Peterson Industrial Services, LLC
12917 Recreation Dr
Lowell, AR 72745

Southwestern Electric Power Company
428 Travis St.
Shreveport, LA 71101

Hugg & Hall Equipment Company
P.O. Box 194110
Little Rock, AR 72219

Brewer Attorneys & Counselors
1717 Main Street
Suite 5900
Dallas, TX 75201

Matthew Harrison
c/o Adam Doverspike

GableGotwals
110 N. Elgin Ave., Suite 200
Tulsa, OK 74120

John Salch
c/o Michael A. Logan
Kane, Russell, Coleman, Logan PC
901 Main St., Suite 5200
Dallas, TX 75202

Jack Weinstein
c/o Daniel Wilson
Mitchell Bonds, PLLC
203 E. Hobson Ave
Sapulpa, OK 74066

Michael Butler
c/o Charles R. Swartz
Robinett, Swartz & Duren
624 S. Boston Ave., Suite 900
Tulsa, OK 74119

Gary Butler
c/o Charles R. Swartz
Robinett, Swartz & Duren
624 S. Boston Ave., Suite 900
Tulsa, OK 74119

Danny Brown
c/o Charles R. Swartz
Robinett, Swartz & Duren
624 S. Boston Ave., Suite 900
Tulsa, OK 74119

Thomas B. Lefler and Cynthia S. Lefler
c/o Charles R. Swartz
Robinett, Swartz & Duren
624 S. Boston Ave., Suite 900
Tulsa, OK 74119

Gneiss Ventures LLC
c/o Charles R. Swartz
Robinett, Swartz & Duren
624 S. Boston Ave., Suite 900
Tulsa, OK 74119

N&N Financial LLC
c/o Charles R. Swartz
Robinett, Swartz & Duren
624 S. Boston Ave., Suite 900

Tulsa, OK 74119

Perry Matlock
c/o Thomas H. Hull
Hall Estill
320 S. Boston Ave., Suite 200
Tulsa, OK 74103-4063

Martin S. Schexnayder and Brian C. Koeppen
Winget, Spadafora & Schwartzberg, LLP
Two Riverway, Suite 1125
Houston, TX 77056

The Hennessey Group LLC
c/o Carol J. Allen
525 South Main
Tulsa, OK 74103-4524

Absolute HVAC LLC
c/o Burton Stacy
Hood & Stacy P.A.
P.O. Box 271
Bentonville, AR 72712

Ryan Kahn
c/o Joseph Titterington
5500 N. Western Ave., Ste. 106
Oklahoma City, OK 73116

BTX 7 Holdings LLC
1322 E 35th Street
Tulsa, OK 74105

William A. Thurman
1322 E 35th Street
Tulsa, OK 74105

DKNS LLC
15610 Sheldon Lake Dr.
Cypress, TX 77433

Nimesh Patel
15610 Sheldon Lake Dr.
Cypress, TX 77433

Michael and Alicia Butler Living Trust
313 Carlee Ct
Hot Springs Village, AR 71909

Butler Family Trust

4200 Elkhorm Ranch Trail
Hot Springs, AR 71901

Pat Halligan
535 Trenton St.
Denver, CO 80230

Fergus Finnell
5405 Centerwood Rd.
Little Rock, AR 72207

Herban Management LLC
C/O Steve E. Randall
1122 Hempstead Place
Nichols Hills, OK 73116

Kim Ellis
4200 Eider Dr.
McKinney, TX 75072

Andrew Ellis
4200 Eider Dr.
McKinney, TX 75072

HNBCO LLC
6701 Belmar Cir.
Norman, OK 73071

Charles Hockert
517 Country Oak Dr.
SaukCentre, MN 56378

David Hockert
10043 Ramblin River Dr.
San Antonio, TX 78251

Ty Martindale
6516 Hackberry Trail
Edmond, OK 73034

Justin Bintliff
306 Kip Ln.
Clinton, AR 72031

Bintliff Oil and Gas LLC
Attn: David or Rita Bintliff
650 Ember Rd.
Shirley, AR 72153

Kobwang Holdings LLC

Barry Wang, Mgr.
3 Candlenut Pl.
The Woodlands, TX 77381

David L Moix Revocable Trust
Attn: Davis Moix
1015 Padgett Rd.
Conway, AR 72034

Danny Brown
5107 Lochridge
North Little Rock, AR 72216

Pinemont Ventures LLC
Attn: Brenda Kunapuli
12518 Winding Brook Ln.
Houston, TX 77024

Thomas B and Cynthia S Lefler
14 Antigua Lane
Hot Springs Village, AR 71909

Apurv Varia
4 South Buck Ridge
Spring, TX 77381

David Portugal Trust
Attn: David Portugal
4526 Beech St.
Bellaire, TX 77401

James Westmoreland
2405 Bramlet Dr.
Conroe, TX 77304

Gneiss Ventures LLC
Attn: Bao Nguyen
357 Pitchercane Rd.
Hot Springs, AR 71909

N&N Financial LLC
Attn: Robert Neilson
26 Sonroa Way
Hot Springs, AR 71909

Mike Kimzey
12908 Anduin Ave.
Oklahoma City, OK 73170

Nimeet Brahmbhatt

Case 25-80715    Doc 10    Filed 08/06/25    Entered 08/06/25 17:12:59    Desc Main
Document    Page 6 of 10

15 W 556 63 St.
Burr Ridge, IL 60527

NJN Services LLC
Attn: Stephanie Williams
5924 NW 5th St.
Oklahoma City, OK 73127

NJN Services LLC
Attn: Gregory Williams
5924 NW 5th St.
Oklahoma City, OK 73127

Texas A&C LLC
Attn: Timothy Casperson
2118 Summer Mist Dr.
Conroe, TX 77304

Niraj Ajmere
608 E. Bauer Rd.
Naperville, IL 60563

Jeff and Tena Crawford
22727 Three Pines Dr.
Hockley, TX 77447

MAS NF Holdings LLC
Attn: Mohammad Siddiqui
8317 Hunters Creek Dr.
Houston, TX 77024

Samer Faysal
33615 Windcrest Estates Blvd.
Magnolia, TX 77354

Larry Todd Olsen
14801 East Coffee Creek Rd.
Luther, OK 73054

Travis Hird
224 Marseille
Montgomery, TX 77356

BMACW Redbird II LLC
Attn: Brian Moddelmog
6903 Dunbarton Dr.
Sugar Land, TX 77479

Pratik Parikh
6415 Exter Bluff Ct.

Sugar Land, TX 77479

Sumon Chaudhuri
506 Pickney Ave.
Sugar Land, TX 77479

MAS NF Holdings LLC
Attn: Asim Siddiqui
8317 Hunters Creek Dr.
Houston, TX 77024

Rohan Jasani
9106 Crown Jewel Dr.
Houston, TX 77469

John Fackler
40 W. Wedgwood Glen
The Woodlands, TX 77479

NMBP Investments LLC
Attn: Ben Patel
4500 Hwy 6
Sugar Land, TX 77479

Bharat Gummadi and Haritha Sakhamuri
6670 Epping Forest Way N.
Jacksonville, FL 32217

Vienna Creek LLC
Attn: Jason Bordner
2 Turin Turn Dr.
Missouri City, TX 77459

Pat James
3301 Edward Dr.
Waco, TX 76708

PD&C Holdings LLC
Attn: Purnal Patel
2207 Twilight Peak
Missouri City, TX 77459

Ninaj Ajmere
608 East Bauer Road
Naperville, IL 60563

Steve Hockert
6701 Belmar Cir.
Norman, OK 73071

Todd J Hughes
10393 Kuykendall Rd.
Spring, TX 77382

Jignesh Shah Family LP
Attn: Jignesh Shah
1403 Blakely Grave Lane
Pearland, TX 77581

Northsummit Holdings LLC
Sachin Chandrasenan
38 N Fair Manor Cir.
The Woodlands, TX 77382

Troy Tice
54 Lost Pond Ct.
The Woodlands, TX 77381

Houston Redbird Investors LLC
Attn: Avni Shah
7603 Sheffield Court
Sugar Land, TX 77479

John C Sparks, Jr.
18 Churchdale Place
The Woodlands, TX 77382

Charles Sims
6 Storm Mist Place
The Woodlands, TX 77381

Michael Ohnemiller
6175 Llano
Dallas, TX 75214

Samir Milan Shah
71 Park Dr.
Atherton, CA 74027

Edward Constantinescu
142 Bentwater Bay
Mongtomery, TX 77356

Oklahoma Tax Commission
PO BOX 26800
Oklahoma City, OK 73126-0800

Adair County Assessor
220 West Division Street, Suite 109
Stilwell, Oklahoma 74960

Redbird Ventures LLC
6701 Belmar Circle
Norman, OK 73071